IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

CLAUDIA YADIRA ALVARENGA ESPANA,
    *Petitioner*,

v.

TODD M. LYONS ET AL.,
    *Respondents*.

1:25-cv-00950-MSN-IDD

ORDER

This matter comes before the Court on Petitioner's Complaint, which this Court has construed as a petition for a writ of habeas corpus. ECF 1. For the reasons stated in open court, it is hereby

**ORDERED** the petition (ECF 1) is **DISMISSED** for lack of jurisdiction.

/s/
Michael S. Nachmanoff
United States District Judge

Michael S. Nachmanoff
United States District Judge

June 17, 2025
Alexandria, Virginia